CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01540-ENV-KAM
# Internal Use Only

DiLeonardo et al v. Davol, Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate-Judge Kiyo A. Matsumoto
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/13/2007
Date Terminated: 08/13/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John DiLeonardo**

represented by **Michael A London**
Douglas & London
111 John Street, 8th Floor
New York, NY 10038
212-931-9980
Fax: 212-931-9979
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Dileonardo**

represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Bray**

represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Bray**

represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elethiana Mobley**

represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

A TRUE COPY
ATTEST
DATED 8/13 20 07
ROBERT C. HEINEMANN
CLERK
BY C. Barrett
DEPUTY CLERK

**Willie Mobley** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Peter** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Peter** represented by **Michael A London**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170
(212)808-2706
Fax: (866)738-9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. $ 350, filed by Leon Peter, John DiLeonardo, Elizabeth Dileonardo, Denise Bray, Bernard Bray, Elethiana Mobley, Willie Mobley, Linda Peter. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 04/16/2007) |
| 04/13/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (Bowens, Priscilla) (Entered: 04/16/2007) |
| 04/16/2007 | 2 | SCHEDULING ORDER: An Initial Conference has been scheduled for 7/31/2007 at 10:30 AM before Magistrate-Judge Kiyo A. Matsumoto. Plaintiff is required to confirm with defendants the date/time of the scheduled conference and is required to appear on time. (See attached order). Ordered by Judge Kiyo A. Matsumoto on 4/16/07. (Williams-Jackson, Sandra) (Entered: 04/16/2007) |

| | | |
|---|---|---|
| 04/23/2007 | 3 | Letter from Mark R. Miller to JPMDL dated 4/19/07 re: enclosing copies of attachment #1. (Attachments: # 1 Movant Montiel's Second Notice of Tag-Along Action) Re: MDL 1842 In re Kugel Mesh Henia Patch Litigation (Mahon, Cinthia) (Entered: 04/26/2007) |
| 04/30/2007 | 4 | Letter from Mark R. Miller to JPMDL dated 4/27/07 re: enclosing a copy of Movant Montiel's Third Notice of Tag-Along Action, Revised Schedule of Actions and Proof of Service re: MDL-1842 In re Kugel Mesh Hernia Patch Litigation. (Mahon, Cinthia) (Entered: 04/30/2007) |
| 05/07/2007 | 5 | PROOF of Service for Second Notice of Tag-Along Action and Proof of Service served on the referenced parties, on 4/19/2007. (Barrett, C) (Entered: 05/07/2007) |
| 05/17/2007 | 6 | ANSWER to Complaint by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 05/17/2007) |
| 05/17/2007 | 7 | DISCLOSURE of Interested Parties by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 05/17/2007) |
| 05/18/2007 | 8 | Copy of Movant Montiel's Fourth Notice of Tag-Along Action. (Barrett, C) (Entered: 05/18/2007) |
| 05/31/2007 | 9 | NOTICE of Presentation of Waiver of Oral Argument, as to Plaintiff Mary Campbell. (Regarding U.S.D.C., W.D. AR, Fayetteville Division, No. CV 06-5154) (Barrett, C) (Entered: 05/31/2007) |
| 05/31/2007 | 10 | Copy of Movant Montiel's Fifth Notice of Tag-Along Action. (Attachments: # 1 Proof of Service) (Barrett, C) (Entered: 05/31/2007) |
| 06/04/2007 | 11 | MOVANT MONTIEL'S SIXTH NOTICE of TAG-ALONG ACTION. In Re: Kugel Mesh Hernia Patch Litigation MDL-1842 Original filed with the JPMDL. (Mahon, Cinthia) (Entered: 06/11/2007) |
| 06/11/2007 | 12 | Proof of Service for the Movant Montiel's Seventh Notice of Tag-Along Action, which was served on 6/7/2007. w/attached copy of Movant Montiel's Seventh Notice of Tag-Along Action. (Filed in hard copy) (Barrett, C) (Entered: 06/13/2007) |
| 07/30/2007 | 13 | MOTION to Adjourn Conference *Scheduled for 7/31/07* by Leon Peter, John DiLeonardo, Elizabeth Dileonardo, Denise Bray, Bernard Bray, Elethiana Mobley, Willie Mobley, Linda Peter. (Williams-Jackson, Sandra) (Entered: 07/30/2007) |
| 07/30/2007 | | ORDER granting 13 Motion. The parties having informed this court that the case has been transferred to another court as a Tag A Long Action. The court hereby adjourns the scheduled initial conference from 7/31/07, until 8/31/07 at 3:30p.m. Counsel for plaintiffs' shall notify all parties. Ordered by JudgeKiyo A. Matsumoto on 7/30/07. (Williams-Jackson, Sandra) (Entered: 07/30/2007) |
| 07/31/2007 | | (Court only) ***Staff notes: The MDL Panel filed a CTO in this case on 7/18/07. The stay is not due to be lifted in it for a few more days -- approximately 8/3/07, unless there opposition is filed. (Vaughn, Terry) (Entered: 07/31/2007) |
| 08/10/2007 | 14 | Letter dated 8/3/2007 from The Panel to David A. DiMarzio, Clerk, enclosing a certified copy of a conditional transfer order filed by the Panel in this matter on |

| | | |
|---|---|---|
| | | 7/18/2007. The 15 day stay has now elapsed. w/encl. (Barrett, C) (Entered: 08/10/2007) |
| 08/13/2007 | ◕ | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent via email. (Barrett, C) (Entered: 08/13/2007) |